**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

TERRENCE L. JACKSON,

    Plaintiff,

vs.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Civil Action No.
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　2:17-CV-2339-JPM-dkv

NIKE, INC.,

    Defendant

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    COME NOW the Parties, by and through their counsel, hereby jointly stipulate that the above-captioned action should be and hereby is voluntarily dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

    The Parties, as evidenced by the signatures of Counsel below, have settled all claims and have finalized this agreement, including the exchange of settlement proceeds on June 26, 2018, and have stipulated to the dismissal with prejudice of the above-referenced action, each to bear its own costs and expenses, including attorney's fees and costs.

    This the 27th day of June, 2018.

Respectfully submitted,

JOHNSON & BENNETT, PLLC

/s Tressa V. Johnson
Tressa V. Johnson (TN Bar No. 26401)
Kristy Bennett (TN Bar No. 30016)
1331 Union Ave., Ste. 1226
Memphis, TN 38104
Telephone:   (901) 402-6830
Fax:             (901) 462-8629
tressa@myjbfirm.com
kristy@myjbfirm.com

*Attorneys for Plaintiff*


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

/s Mary Wu Tullis
Mark Baugh (TN Bar No.15779)
211 Commerce Street
Nashville, TN 37201
Telephone:   (615) 726-5600
Fax:             (615) 726-0464
mbaugh@bakerdonelson.com

Mary Wu Tullis (TN Bar No. 31339)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
Telephone:   901.526.2000
Fax:             901.577.2303
mtullis@bakerdonelson.com

*Attorneys for Nike, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 27, 2018, a true and exact copy of the foregoing electronically filed document was served upon the following counsel of record via first class mail, postage prepaid, unless said party is a registered CM/ECF participant who has consented to electronic notice, and the Notice of Electronic Filing indicates that the Notice was electronically mailed to said party:

| | |
|---|---|
| Tressa V. Johnson | Mark Baugh |
| Kristy L. Bennett | BAKER, DONELSON, BEARMAN, |
| JOHNSON AND BENNETT, PLLC | CALDWELL & BERKOWITZ, PC |
| 1331 Union Avenue, Suite 1226 | 211 Commerce Street |
| Memphis, TN 38104 | Nashville, TN 37201 |

Mary Wu Tullis
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
165 Madison Avenue, Suite 2000
Memphis, TN 38103

                                                     /s Mary Wu Tullis